**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00917-CR

### MAXIMO MARTINEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-33935-Y**

## ORDER

Before the Court is appellant's January 29, 2014 objection to the supplemental clerk's record. We **DENY** the objection. *See Johnson v. State*, 423 S.W.3d 385, 391–96 (Tex. Crim. App. 2014); *Coronel v. State*, 416 S.W.3d 550, 555–56 (Tex. App.—Dallas 2013, pet. ref'd).

/s/     JIM MOSELEY
         JUSTICE